IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRYL DEWAYNE SCOTT,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2568

Opinion filed August 4, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Darryl Dewayne Scott, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for belated appeal is denied on the merits.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.